MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG )<br><br>        Plaintiff, )<br> )<br>vs. )<br> )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br> )<br>        Defendant ) | Case No.<br><br>JURY DEMANDED |

### JURISDICTION

1.      The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.      The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3.      Plaintiff is a natural person and is a "consumer" as defined by § 1681a(c) of the FCRA.

4.      The Defendant Experian Information Solutions, Inc. ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5.      Experian is a consumer reporting agency, as defined in FCRA § 1681(f), regularly engaged in the business of assembling, evaluating, and dispensing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

FACTUAL ALLEGATIONS

6.      Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7.      On March 17, 2020 Plaintiff disputed two (2) obsolete AMEX accounts requesting their deletion (Exhibit 1).

8.      Exhibit 1 depicts AMEX' (and Defendant's) inconsistent and otherwise inappropriate reporting of the accounts.

9.      Exhibit 1 cites a reported *2019* deletion date (which is *prior* to Defendant's errant reporting).

10.     On April 8, 2020 Defendant perfunctorily verified the inaccurate AMEX accounts (Exhibit 2).

11.     On August 16, 2019 a lawsuit was filed against Defendant in the United States District Court, District of Nevada *styled Serhiyenko v. Experian Information Solutions, Inc., 2:19-CV-01421-JCM-BNW.*

12.     The prior action detailed Monterey Financial Services' [MFS] deliberate, routine practice of dually reporting a single collection account under separate, different account numbers.

13.     MFS' practice provides the false impression an individual consumer owes twice an alleged amount.

14.     Defendant facilitated and otherwise proved complicit in its client's, MFS', reporting and resolved the lawsuit.

15.     On July 7, 2020 Plaintiff filed a lawsuit against MFS in the United States District Court, District of Nevada.

16.     During the MFS action Plaintiff determined that on August 29, 2017 MFS internally "reassigned" its account then twice reporting it on Plaintiff's credit profile in an illegal effort to wrench double payment from him.

17.     Defendant has again facilitated and otherwise proved complicit in its client's, MFS', reporting despite explicit prior knowledge of MFS' illegal scheme.

18.     Defendant profits from MFS's misreporting.

19.     On April 30, 2020 Plaintiff disputed the same dual reporting of two (2) MFS accounts on his credit profile (Exhibit 3).

20.     Plaintiff not only explained he did not recognize the account, but also, MFS was intentionally reporting $4,000 of alleged debt as *$8,000*.

21.     Defendant received Exhibit 3 on May 6, 2020 (Exhibit 4).

22.     Defendant failed to at all respond to Plaintiff's dispute in violation of FCRA §1681i.

23.     Defendant's July 6, 2020 report reflects the continued misreporting of MFS (Exhibit 5).

24.     On June 5, 2020 Plaintiff disputed two (2) time barred JPMCB accounts (Exhibit 6).

25.     On June 26, 2020 Defendant verified the reporting (Exhibit 7).

26.     On June 11, 2020 Plaintiff disputed a PRA collection account (Exhibit 8).

27.     Defendant received Exhibit 8 on June 15, 2020 (Exhibit 9).

28.     Defendant failed to at all respond to Plaintiff's dispute in violation of FCRA §1681i.

29.     On December 7, 2020 Plaintiff disputed the reporting of his old, closed Verizon account (Exhibit 10).

30.     In Exhibit 10 Plaintiff advised Defendant of Verizon's explicit agreement it would delete its tradeline.

31.     Notwithstanding, on January 6, 2021 Defendant "verified" the Verizon account (Exhibit 11).

32.     On December 17, 2020 and on February 25, 2021 Plaintiff again disputed the JPMCB accounts (Exhibits 12 and 13).

33.     Proof of both each account's time barred status and settlement in full were provided.

34.     Defendant continues to negatively report both accounts.

35.     On July 28, 2020 AMEX deleted its erroneous accounts (Exhibit 14).

36.     On September 29 and October 1, 2020 MFS deleted its illegally reported accounts (Exhibit 15).

37.     On February 23, 2021 Verizon instructed Defendant to delete its account (Exhibit 16).

38.     Defendant parroted previously reported information notwithstanding documentation strongly revealing the highly unreliable nature of the information. Cushman v. Trans Union Corp., 115 F.3d 220, 225 (3rd Cir. 1997).

39.     In failing to correct Plaintiff's report, Defendant continued to report *patently inaccurate* information in violation of the FCRA. Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

40.     In failing to appropriately revise Plaintiff's report, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

41.     Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading. Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

42.     Defendant violated the FCRA in its failure to provide additional information explicating the status of Plaintiff's account. Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347 (M.D.Fl 2015).

43.     Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct.  McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

44.     In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a.      By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b.      By willfully and/or negligently failing to comport with FCRA § 1681i.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

       a.      actual damages;

       b.      punitive damages;

       c.      attorney's fees; and

       d.      costs.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

March 17, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns.

I provide my personal information: Jordan D. Etzig: Spouse: n/a; current address: .
            ; SSN        ; date of birth:      , 1987.

Please delete from my report the two (2) adverse AMEX accounts reflected in the attached excerpt. I've also enclosed an excerpt from my March 10, 2020 Trans Union report. You'll note AMEX is contradictorily reporting both accounts. The first listed account reflects a purported 2.2K balance. The narrative section of the tradeline indicates it was charged-off and closed during 2/15. However, the account history at the end of the tradeline indicates no known derogatory (or any) activity since 10/13. Please delete.

The second listed AMEX account reports a 4.6K balance and contains a similar narrative. However, the account history reflects no activity since 1/14 and no derogatory activity of any kind. It also reflects 9/2019 removal. Really. Please delete.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

**EXHIBIT 1**

PO Box 9701
Allen, TX 75013



0006017 GARGABE MANGLED GARBAGE MANGLED TO1 P0021
JORDAN D ETZIG

||·||·||·|·|·||·||||||·||||||||·||||·||·||·||·|·||·||||



**JORDAN D ETZIG**

Dispute Results

Report # 0247-6377-32 for 04/08/20

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendors response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information, provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

EXHIBIT 2

JORDAN D ETZIG | Report # 0247-6377-32 for 04/08/20

Here are your results

Credit items

AMEX 3499919579946873 Outcome: Updated - Information on this item has been updated. Please review your report for the details.

AMEX 3499920861762353 Outcome: Updated - Information on this item has been updated. Please review your report for the details.

Before dispute



AMERICAN EXPRESS | ACCT # 3499910370801675 PO BOX 981540 EL PASO TX 79998 (800) 874-2717

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Sep 2005 | Sep 2012 | $4,582 as of Mar 2020 | |
| Address ID # | Not reported | **Status** | |
| 096050 7820 | **Terms** | Account charged | |
| **Type** | Not reported | off/Never late. $4,766 | |
| Credit card | Monthly payment | written off. $3,303 past | |
| **Responsibility** | Not reported | due as of Mar 2020 | |
| Individual | Credit limit or original | This account is | |
| | amount | scheduled to continue on | |
| | $5,000 | record until Dec 2026. | |
| | High balance | **Comment:** | |
| | $5,132 | Account closed at | |
| | | credit grantor's | |
| | | request. | |
| | | **Date of Status** | |
| | | Mar 2020 | |

Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ND | ND | CO | | | | | | | | | |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2015 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2014 | | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2013 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Apr 2018 and Feb 2020, your credit limit/high balance was $5,000

After dispute

AMERICAN EXPRESS | ACCT # 3499910370801675 PO BOX 981537 EL PASO TX 79998 (800) 874-2717

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Sep 2005 | Apr 2013 | $4,582 as of Apr 2020 | |
| Address ID # | **Terms** | **Status** | |
| 0960597852 | Not reported | Account charged | |
| **Type** | Monthly payment | off/Never late. $4,765 | |
| Credit card | Not reported | written off. $3,303 past | |
| **Responsibility** | Credit limit or original | due as of Apr 2020 | |
| Individual | amount | This account is | |
| | Not reported | scheduled to continue on | |
| | High balance | record until Oct 2026. | |
| | $5,132 | **Comment:** | |
| | | Account closed at | |
| | | credit grantor's | |
| | | request. | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Apr 2020 | |
| | | **Date of Status** | |
| | | Mar 2020 | |

Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ND | ND | CO | CO | | | | | | | | |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2015 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2014 | | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2013 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 | 4,582 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Apr 2018 and Feb 2020, your credit limit/high balance was $5,000

April 30, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my social security card and driver license. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address: ;
; prior address: '
; SSN .             ; date of birth:             ; 1987.

Please note Monterey Financial Services [MFS] and Monterey Collection Services [MCS] are *dually reporting the same alleged $4,000 collection account.* Each tradeline also reflects precisely the same address in Oceanside, CA. I do not recognize either so please delete both. In the event either MFS or MCS can actually document this is a valid owing account, then please, at a bare minimum, surely delete one of the two accounts. It is certainly inaccurate to report the same $4,000 account a second time suggesting I owe a total of $8,000 when it's clear the alleged undocumented debt is $4,000.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

**EXHIBIT 3**

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70190700000034059272

Remove ✕

Your item was delivered at 2:16 pm on May 6, 2020 in ALLEN, TX 75013.

### ⊘ Delivered

May 6, 2020 at 2:16 pm
Delivered
ALLEN, TX 75013

**Get Updates** ∨

---

| **Text & Email Updates** | ∨ |
|---|---|
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**EXHIBIT 4**

Annual Credit Report - Experian                                7/6/20, 11:59 AM

Prepared For

# JORDAN D ETZIG

**Personal & Confidential**

Date Generated  Jul 6, 2020
Report Number  4282-9408-22

## At a Glance

**16** Accounts    **0** Public Records    **14** Hard Inquiries

## Personal Information

**6** Names    **17** Addresses    **3** Employers    **27** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

EXHIBIT 5

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2019 | $34,900 | $763 | $1,526 |
| Jun 2019 | $36,054 | $763 | $0 |
| May 2019 | $35,704 | $763 | $763 |
| Apr 2019 | $36,102 | $763 | $763 |
| Mar 2019 | $36,508 | $763 | $1,526 |
| Feb 2019 | $37,662 | $763 | $778 |
| Jan 2019 | $38,096 | $763 | $0 |
| Dec 2018 | $37,699 | $763 | $763 |
| Nov 2018 | $38,077 | $763 | $763 |
| Oct 2018 | $38,465 | $763 | $763 |
| Sep 2018 | $38,835 | $763 | $763 |
| Aug 2018 | $39,216 | $763 | $0 |

 **Contact Info**

| Address | PO BOX 25805, SANTA ANA CA 92799 |
|---------|----------------------------------|
| Phone Number | (800) 797-6324 |

# MONTEREY COLLECTION SVCS
**Potentially Negative**



 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **MONTEREY COLLECTION SVCS** | Balance | $4,002 |
| | | Balance Updated | 06/30/2020 |
| Account Number | **502909XXX** | Recent Payment | $0 |
| Account Type | **Collection** | Monthly Payment | $0 |
| Responsibility | **Individual** | Original Balance | $3,983 |
| Date Opened | **08/29/2017** | Highest Balance | $0 |
| Status | **Collection account. $4,002 past due as of Jun 2020.** | Terms | **1 Months** |
| | | On Record Until | Feb 2024 |
| Status Updated | **06/30/2020** | | |

 **Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | C | C | C | C | C | — | — | — | — | — | — | — | ND | No data for this time period |
| 2019 | C | C | C | C | C | C | C | C | C | C | C | C | C | Collection |
| 2018 | C | ND | C | C | C | C | C | C | C | C | C | C | | |

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2020 | $4,002 | $0 | $0 |
| Mar 2020 | $4,002 | $0 | $0 |
| Feb 2020 | $4,002 | $0 | $0 |
| Jan 2020 | $4,002 | $0 | $0 |
| Dec 2019 | $4,002 | $0 | $0 |
| Nov 2019 | $4,002 | $0 | $0 |
| Oct 2019 | $4,002 | $0 | $0 |
| Sep 2019 | $4,002 | $0 | $0 |
| Aug 2019 | $4,002 | $0 | $0 |
| Jul 2019 | $4,002 | $0 | $0 |
| Jun 2019 | $4,002 | $0 | $0 |
| May 2019 | $4,002 | $0 | $0 |
| Apr 2019 | $4,002 | $0 | $0 |
| Mar 2019 | $4,002 | $0 | $0 |
| Feb 2019 | $4,002 | $0 | $0 |
| Jan 2019 | $4,002 | $0 | $0 |
| Dec 2018 | $4,002 | $0 | $0 |
| Nov 2018 | $4,002 | $0 | $0 |
| Oct 2018 | $4,002 | $0 | $0 |
| Sep 2018 | $4,002 | $0 | $0 |
| Aug 2018 | $4,002 | $0 | $0 |
| Jul 2018 | $4,002 | $0 | $0 |



**Historical Info**

Original
Creditor

EMPORIUM

 **Contact Info**

| | |
|---|---|
| Address | **4095 AVENIDA DE LA PLATA, OCEANSIDE CA 92056** |
| Phone Number | **(800) 456-2225** |

 **Comment**

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

# PENNYMAC LOAN SERVICES L

 **Account Info**

June 5, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address:
prior address:
; SSN ;  date of birth:  .1987.

Please delete the two (2) bracketed JPMCB (Chase Bank) accounts. I've provided Chase's own two (2) May 18, 2020 letters corresponding to these accounts. Please note Chase's corporate acknowledgement the accounts are indeed past the Statute of Limitations and thus time barred. Accordingly, please delete each Chase account.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

EXHIBIT 6

PO Box 9701
Allen, TX 75013



0005155 01 MB 0.436 **AUIO  16 0 7154 89113-226169  -C01-P05160-I
JORDAN D ETZIG

Եվ|||ԱԱ||ևԱ|||||||||Ա||Ա||||ԱԱ||||ԱԱ||||||



## JORDAN D ETZIG
### Dispute Results
Report # **0791-9319-38** for **06/26/20**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.**Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items
JPMCB CARD 414720212023.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.
JPMCB CARD 426684136190.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.

**Before dispute**

EXHIBIT 7

7154-01-00-0005155-0001-0011250

JORDAN D ETZIG | Report # 0791-9319-38 for 06/26/20

**JPMCB CARD** Partial Acct # 4147 2021 2023   PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| | |
|---|---|
| **Date opened** Feb 2013 **Address ID #** 0206868571 **Type** Credit Card **Responsibility** Individual | **First reported** Jul 2013 **Terms** Not reported **Monthly payment** Not reported **Credit limit or original amount** $7,500 **High balance** $8,194 |

**Recent balance**
$8,194 as of Jun 2020
**Status**
Account charged off.
$8,194 written off. $8,194
past due as of Jun 2020.
This account is
scheduled to continue on
record until May 2022.
**Comment:**
Account closed at
credit grantor's
request.
**Date of Status**
Mar 2016

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |



After dispute

**JPMCB CARD** Partial Acct # 4147 2021 2023   PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| | |
|---|---|
| **Date opened** Feb 2013 **Address ID #** 0206868571 **Type** Credit Card **Responsibility** Individual | **First reported** Jul 2013 **Terms** Not reported **Monthly payment** Not reported **Credit limit or original amount** $7,500 **High balance** $8,194 |

**Recent balance**
$8,194 as of Jun 2020
**Status**
Account charged off.
$8,194 written off. $8,194
past due as of Jun 2020.
This account is
scheduled to continue on
record until May 2022.
**Comment:**
Account closed at
credit grantor's
request.
This item was updated
from our processing of
your dispute in Jun 2020.
**Date of Status**
Mar 2016

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

Before dispute

**JPMCB CARD** Partial Acct # 426984136190   PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| | |
|---|---|
| **Date opened** May 2014 **Address ID #** 0206868571 **Type** Credit card **Responsibility** Individual | **First reported** Jun 2014 **Terms** Not reported **Monthly payment** Not reported **Credit limit or original amount** $800 **High balance** $1,138 |

**Recent balance**
$1,138 as of Jun 2020
**Status**
Account charged off.
$1,138 written off. $1,138
past due as of Jun 2020.
This account is
scheduled to continue on
record until Jun 2022.
**Comment:**
Account closed at
credit grantor's
request.
**Date of Status**
Apr 2016

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |

After dispute

7154-01-00-0031554-0031-0011250

JORDAN D ETZIG | Report # 0791-9319-38 for 06/26/20

JPMCB CARD Plaintiff Acct # 426684170190.   PO BOX 15369 WILMINGTON DE 19850 (800) 945-2000

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|

Date opened
May 2014
Address ID #
0206866571
Type
Credit card
Responsibility
Individual

First reported
Jun 2014
Terms
Not reported
Monthly payment
Not reported
Credit limit or original
amount
$800
High balance
$1,138

Recent balance
$1,138 as of Jun 2020
Status
Account charged off.
$1,138 written off. $1,138
past due as of Jun 2020.
This account is
scheduled to continue on
record until Jun 2022.
Comment:
Account closed at
credit grantor's
request.
This item was updated
from our processing of
your dispute in Jun 2020.
Date of Status
Apr 2016

Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | | | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| | | |
|---|---|---|
| Current | Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

#### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

7154 01-00-60035 55-0002-0011249

JORDAN D ETZIG | Report # **0791-9319-38** for **06/26/20**

**Your accounts that may be considered negative** The most common items in this section are late *payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are* not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.



Credit items

| JPMCB CARD Partial Acct # 414720212023    PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 |
|---|

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Feb 2013 | Jul 2013 | $8,194 as of Jun 2020 | |
| Address ID # | Terms | **Status** | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0206866571 | Not reported | Account charged off. | 2020 |
| Type | Monthly payment | $8,194 written off. $8,194 | 2019 |
| Credit Card | Not reported | past due as of Jun 2020. | 2018 |
| Responsibility | Credit limit or original | This account is | 2017 |
| Individual | amount | scheduled to continue on | |
| | $7,500 | record until May 2022. | 2016 |
| | High balance | **Comment:** | 2015 |
| | $8,194 | Account closed at credit | 2014 |
| | | grantor's request. | 2013 |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jun 2020. | |
| | | Date of Status | |
| | | Mar 2016 | |

| JPMCB CARD Partial Acct # 426008136190    PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 |
|---|

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| May 2014 | Jun 2014 | $1,138 as of Jun 2020 | |
| Address ID # | Terms | **Status** | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0206866571 | Not reported | Account charged off. | 2020 |
| Type | Monthly payment | $1,138 written off. $1,138 | 2019 |
| Credit card | Not reported | past due as of Jun 2020. | 2018 |
| Responsibility | Credit limit or original | This account is | 2017 |
| Individual | amount | scheduled to continue on | |
| | $800 | record until Jun 2022. | 2016 |
| | High balance | **Comment:** | 2015 |
| | $1,138 | Account closed at credit | 2014 |
| | | grantor's request. | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jun 2020. | |
| | | Date of Status | |
| | | Apr 2016 | |

7154-01-00 0005155-0022 0011249

June 11, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my social security card and driver license. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a: current address:
                                   ; prior address:
              SSN              , date of birth:        , 1987.

Please delete the noted Portfolio Recovery Associates (PRA) collection account. The PRA tradeline references an account attributed to Capital One. While I once indeed had a Capital One account, it is substantially older and with a much lower balance than the account referenced by PRA.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

EXHIBIT 8

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-...

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70190700000034059388

Remove ✕

Your item was delivered at 2:20 pm on June 15, 2020 in ALLEN, TX 75013.

## ⊘ Delivered

June 15, 2020 at 2:20 pm
Delivered
ALLEN, TX 75013

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌄

---

**Product Information**                                     ⌄

---

See Less ⌃

## Can't find what you're looking for?

EXHIBIT 9

December 7, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my social security card and driver license. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address: ‘
‘ ‘ , Las Vegas, NV         ; prior address: ‘
‘; SSN .            ‘; date of birth: . ‘      , 1987.

Please delete the noted Verizon account. I quickly terminated my relationship with Verizon as the "service provided" was essentially non-existent. I am certainly not alone in enduring Verizon's abiding disservice. Please do note Verizon's account is fully paid. Full payment was provided simply to conclude an unsatisfactory and otherwise unhappy relationship. It was also concluded with the explicit agreement Verizon's misreporting would indeed be deleted. Again, please do delete this erroneous account.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

EXHIBIT 10

Experian - Access your credit report

1/6/21, 2:31 PM

JORDAN DANIEL ETZIG  |  Report number 3761-9334-54  |  January 06, 2021  |  Print  |  Close window

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

### Address
Experian
P.O. Box 9701 Allen, TX 75013

Any pending disputes will be highlighted below.

| Here are your dispute results 01/06/2021 |
| --- |

**Credit Items and Public Records**

| Creditor / Vendor | Account number | Status | |
| --- | --- | --- | --- |
| VERIZON WIRELESS | 4727055990.... | Updated | The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details. |

### Before Dispute

| Account name | Account number | Recent balance | Date opened | Status |
| --- | --- | --- | --- | --- |
| VERIZON WIRELESS | 4727055990.... | Not reported | 06/2013 | Paid, Closed. |
| | **Type** | **Credit limit or original** | **Date of status** | |
| PO BOX 650051 | Cell Phone | amount | 09/2015 | |
| DALLAS, TX 75265 | **Terms** | Not reported | **First reported** | |
| 800 852 1922 | 1 Months | **High balance** | 03/2015 | |
| Address Identification number | | $448 | **Responsibility** | |
| 0206866571 | | **Monthly payment** | Individual | |
| | | $0 | | |
| | | **Recent payment amount** | | |
| | | Not reported | | |

### After Dispute

| Account name | Account number | Recent balance | Date opened | Status |
| --- | --- | --- | --- | --- |
| VERIZON WIRELESS | 4727055990.... | Not reported | 06/2013 | Paid, Closed. |
| | **Type** | **Credit limit or original** | **Date of status** | **Comment** |
| PO BOX 650051 | Cell Phone | amount | 09/2015 | Account information disput- |
| DALLAS, TX 75265 | **Terms** | $448 | **First reported** | ed by consumer (Meets re- |
| 800 852 1922 | 1 Months | **High balance** | 03/2015 | quirement of the Fair Credit |
| Address Identification number | | $448 | **Responsibility** | Reporting Act). |
| 0206866571 | | **Monthly payment** | Individual | Reinvestigation |
| | | | | Information |

https://www.experian.com/ncaconline/disputeresults?intcmp=dispute_email_resultsready01

Page 1 of 10

**EXHIBIT 11**

Experian - Access your credit report                                                              1/6/21, 2:31 PM

$0
Recent payment amount
Not reported

This item was updated from
our processing of your dis-
pute in Jan 2021.

JPMCB CARD            414720212023....          Pending

┌─────────────────────────────────────────────────────────┐
│   If our reinvestigation has not resolved your dispute    │
│                   **view your options**                   │
└─────────────────────────────────────────────────────────┘

| Your Report |
|---|

### Personal Information

#### Name(s) associated with your credit

| Name | Name Identification number |
|---|---|
| JORDAN D ETZIG | 14526 |
| JORDAN ETZIG | 31442 |
| JORDAN DAN ETZIG | 24631 |
| JORDAN DANIEL ETZIG | 3553 |
| ETZIG JORDAN | 9748 |
| JORAN ETZIG | 18374 |

#### Address(es) associated with your credit

| Address | Address Iden-tification number | Residence type | Geographical code |
|---|---|---|---|
| 5453 S DURANGO DR UNIT1069 LAS VEGAS NV 89113-2261 | 0860597852 | Multifamily | 0-296000-3-4120 |
| 7935 W OQUENDO RD LAS VEGAS NV 89113-1704 | 0206866571 | Single family | 0-296010-3-4120 |
| 9620 W RUSSELL RD APT1012 LAS VEGAS NV 89148-4503 | 0461614309 | Apartment complex | 0-582110-3-4120 |
| 5478 FAWN CHASE WAY LAS VEGAS NV 89135-4006 | 0653402009 | Single family | 0-581910-3-4120 |
| 9206 W RUSSELL RD APT206 LAS VEGAS NV 89148-1256 | 0753804976 | Multifamily | 0-582100-3-4120 |
| PO BOX 31842 LAS VEGAS NV 89173-1842 | 0640563523 | Post office box | 0-293500-3-4120 |
| 5023 SPANISH HEIGHTS DR LAS VEGAS NV 89148-1409 | 0339708450 | Single family | 0-582110-3-4120 |
| 9705 PHOENICIAN AVE LAS VEGAS NV 89147-8337 | 0370166865 | Single family | 0-581110-3-4120 |
| 5453 S DURANGO DR LAS VEGAS NV 89113-1699 | 0859845032 | Multifamily | 0-296000-3-9040 |
| 7935 W ROAD LAS NV 89113 | 0555331308 | Single family | 0-00-0-4120 |
| 5453 S DURANGO DR UNIT10 LAS VEGAS NV 89113-1699 | 0883399947 | Multifamily | 0-296000-3-4120 |
| 9620 W RUSSELL RD LAS VEGAS NV 89148-4502 | 0453214171 | Multifamily | 0-582110-3- |

December 17, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my social security card and driver license. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address: .
                                      ; prior address:
          ; SSN          ; date of birth: .      , 1987.

Please delete the two (2) bracketed JPMCB (Chase Bank) accounts. I have provided Chases's own two (2) September 28, 2020 letters corresponding to these accounts. Please note Chase's corporate acknowledgment the accounts are indeed past the Statute of Limitations and thus time barred. The Nevada Statute of Limitations is six (6) years and Chase has acknowledged its expiration for quite some time. I have also included copies of two (2) checks cashed by Chase in settlement of the same accounts. Please note the amounts exactly correspond to the amounts reflected in Chase's attached September 28, 2020 letters. Again, please do delete (or, at a bare minimum, appropriately update these accounts to reflect their *paid* status) these obsolete accounts.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

EXHIBIT 12

February 25, 2021

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    **Etzig, Jordan D. / Dispute**

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my social security card and driver license. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address: ;
3; prior address: ;
; SSN .                    ; date of birth: .

Please delete the two (2) bracketed JPMCB (Chase Bank) accounts. I have provided Chases's own two (2) September 28, 2020 letters corresponding to these accounts. Please note Chase's corporate acknowledgment the accounts are indeed past the Statute of Limitations and thus time barred. The Nevada Statute of Limitations is six (6) years and Chase has acknowledged its expiration for quite some time. I have also included copies of two (2) checks cashed by Chase in settlement of the same accounts. Please note the amounts exactly correspond to the amounts reflected in Chase's attached September 28, 2020 letters. Again, please do delete (or, at a bare minimum, appropriately update these accounts to reflect their *paid* status) these obsolete accounts.

Last, I have enclosed a copy of my filed February 2, 2021 FCRA Complaint against Chase which fully further and explicitly illustrates Chase's inaccurate reporting.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

**EXHIBIT 13**

American Express
Credit Bureau Unit
PO Box 981537
El Paso, TX 79998

www.americanexpress.com

July 28, 2020



JORDAN D ETZIG

Account Identifier: 349991967994567
Social Security Number: XXX-XX-
Re: Account Ending in 61005

Dear JORDAN D ETZIG:

We are writing in response to your recent inquiry regarding the credit bureau reporting of your American Express® account referenced above.

We are pleased to advise you that we have requested the credit reporting agencies listed below to delete all information pertaining to the account identifier number from your credit report.

It may take up to thirty days for the reporting agencies to comply with our request. Please use this letter as verification until your file is updated.

Please note: The Account Identifier Number referenced above must be included in all correspondence regarding credit bureau reporting, as it is used for furnishing information to the credit reporting agencies.

If we can be of further assistance, please write us at the above listed address or call us at 1-800-874-2717. Our hours of operation are Monday through Friday from 9:00 am to 5:30 pm Eastern Time.

Sincerely,

American Express Credit Bureau Unit

| Trans Union Consumer Relations | Equifax Credit Information Services | Experian | D&B |
|---|---|---|---|
| 2 Baldwin Place | PO Box 740241 | 701 Experian Parkway | 3501 Corporate Parkway |
| P.O. Box 1000 | Atlanta, GA 30374 | P.O. Box 2002 | P.O Box 520 |
| Chester, PA 19022 | 1-800-685-1111 | Allen, TX 75013 | Center Valley, PA 18034-0520 |
| 1-800-888-4213/ | www.equifax.com | 1-888-397-3742 | 1-866-785-0429 |
| 1-800-916-8800 | | www.experian.com/ra | www.dnb.com |
| www.transunion.com/direct | | | For OPEN Small Business Network accounts only |

EXHIBIT 14

American Express
Credit Bureau Unit
PO Box 981537
El Paso, TX 79998

www.americanexpress.com

July 28, 2020



JORDAN D ETZIG

Account Identifier: 349992086176235
Social Security Number: XXX-XX-
Re: Account Ending in 41003

Dear JORDAN D ETZIG:

We are writing in response to your recent inquiry regarding the credit bureau reporting of your American Express® account referenced above.

We are pleased to advise you that we have requested the credit reporting agencies listed below to delete all information pertaining to the account identifier number from your credit report.

It may take up to thirty days for the reporting agencies to comply with our request. Please use this letter as verification until your file is updated.

Please note: The Account Identifier Number referenced above must be included in all correspondence regarding credit bureau reporting, as it is used for furnishing information to the credit reporting agencies.

If we can be of further assistance, please write us at the above listed address or call us at 1-800-874-2717. Our hours of operation are Monday through Friday from 9:00 am to 5:30 pm Eastern Time.

Sincerely,

American Express Credit Bureau Unit

| Trans Union Consumer Relations | Equifax Credit Information Services | Experian | D&B |
|---|---|---|---|
| 2 Baldwin Place | PO Box 740241 | 701 Experian Parkway | 3501 Corporate Parkway |
| P.O. Box 1000 | Atlanta, GA 30374 | P.O. Box 2002 | P.O Box 520 |
| Chester, PA 19022 | 1-800-685-1111 | Allen, TX 75013 | Center Valley, PA 18034-0520 |
| 1-800-888-4213/ | www.equifax.com | 1-888-397-3742 | 1-866-785-0429 |
| 1-800-916-8800 | | www.experian.com/ra | www.dnb.com |
| www.transunion.com/direct | | | For OPEN Small Business Network accounts only |

**Universal Data Form**

AUD Correction Indicator:  Update ☐   Delete ☒   Delete due to fraud ☐

| Subscriber Name: | Monterey Financial Svcs Inc | Equifax SC: | 181YC01380 |
|---|---|---|---|
| Subscriber Address: | 4095 Avenida De La Plata, Oceanside, CA 92056 | Experian SC: | 3981153 |
| | | Innovis SC: | |
| | | TU SC: | 34VG003 |

### Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|
| ETZIG | JORDAN | | | | | | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

| Previous Last Name | Previous First Name | Previous Middle Name | | Previous Gen. |
|---|---|---|---|---|
| | | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 1 | Phone: |
|---|---|---|
| | | |

### Employment Information

| Employer Name: | | Occupation: | | |
|---|---|---|---|---|
| Current Address | | City | State | Zip+4 |
| | | | | |

### Associated Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|
| | | |

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|
| | | |

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 502909021 | 08-29-2017 | $0 | $0 | O | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 09-29-2020 | | | DA | | 48 | | 09-29-2020 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| EMPORIUM | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 101123819 |
|---|---|---|---|
| | | | |

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | - | - | - | - | | | | | | | | |

| Submitted By: | ESPY MORENO | Tel#: (760) 639-3500 | Date: | 09-29-2020 |
|---|---|---|---|---|

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

**EXHIBIT 15**

**Universal Data Form**

AUD Correction Indicator:   Update ☐   Delete ☒   Delete due to fraud ☐

| Subscriber Name: | Monterey Financial Svcs Inc | | |
|---|---|---|---|
| Subscriber Address: | 4095 Avenida De La Plata,Oceanside, CA 92056 | Equifax SC: | 181FP01984 |
| | | Experian SC: | 3995853 |
| | | Innovis SC: | |
| | | TU SC: | 45ZN001 |

**Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|
| ETZIG | JORDAN | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Previous Last Name | Previous First Name | Previous Middle Name | | Previous Gen. |
|---|---|---|---|---|
| | | | | |

| Previous Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator: | ECOA: 1 | | Phone: | |
|---|---|---|---|---|

**Employment Information**

| Employer Name: | | Occupation: | | |
|---|---|---|---|---|

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

**Associated Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator: | ECOA: | | Phone: | |
|---|---|---|---|---|

| Last Name | First Name | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator: | ECOA: | | Phone: | |
|---|---|---|---|---|

**Account Information**

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 302538715 | 01-31-2017 | $0 | $0 | 1 | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 08-29-2017 | | | DA | | 01 | | 08-29-2017 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| EMPORIUM | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 101159859 |
|---|---|---|---|

**Account History**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | · | · | · | · | · | · | · | · | · |
| 2019 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2018 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2017 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2016 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2015 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2014 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2013 | · | · | · | | | | | | | | | |

Submitted By:   ESPY MORENO                    Tel#:   (760) 639-3500          Date:   10-01-2020

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

## Universal Data Form

AUD Correction Indicator:  Update ☐  Delete ☒  Delete due to fraud ☐

| | |
|---|---|
| Subscriber Name:   Verizon Wireless | Equifax SC:  401UT01469 |
| Subscriber Address:   500 Technology Dr, Weldon Spring, MO 63304 | Experian SC:  0940579 |
| | Innovis SC:  3000367 |
| | TU SC:   1R2W002 |

### Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| ETZIG | JORDAN | D | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA:  1 | Phone: |
|---|---|---|

### Employment Information

| Employer Name: | Occupation: |
|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

### Associated Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 47270559900001 | 06-14-2013 | $0 | $0 | O | | $448 | | | XB |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/ | 01-25-2015 | $176 | 09-18-2015 | DA | | 4D | | 09-30-2015 | 10-18-2014 | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control #   102940303 |
|---|---|---|

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | · |
| 2020 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2019 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2018 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2017 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2016 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2015 | · | · | · | · | · | · | · | · | · | · | · | · |
| 2014 | · | · | · | · | · | · | · | · | · | · | · | |

Submitted By:   Rishawn Bunche          Tel#:  (636) 793-9609          Date:   02-23-2021

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 16