Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JORDAN D. ETZIG,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendant

Case No. 2:21-cv-01192-JAD-NJK

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

ECF No. 16

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
| *(signature)* | *(signature)* |
| MITCHELL D. GLINER, ESQ. | BOB L. OLSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 003783 |
| 3017 W. Charleston Blvd. # 95 | CHARLES E. GIANELLONI, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 012747 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., # 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for Defendant |

### ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 12, 2022